**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Timothy G. Strosser            CHAPTER 13

Debtor(s)

BKY. NO. 18-18365 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                           Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
04 Nov 2020, 14:15:36, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322