## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| TIMOTHY G. STROSSER | : | No. 18-18365-PMM |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF CREDITOR, GUNTON CORPORATION

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case as counsel to Creditor, Gunton Corporation, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure hereby respectfully requests that all notices given or required to be given, and all papers served or required to be served, in this Chapter 13 matter be delivered and/or served upon Gunton Corporation via its counsel as set forth below:

> David J. Samlin, Esquire
> Rawle & Henderson LLP
> The Widener Building
> One South Penn Square, 16th Floor
> Philadelphia, PA 19107
> Phone: 215-575-4200
> Facsimile: 215-563-2583
> Email: dsamlin@rawle.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints, or other documents which in any way affect the Debtor, Marrero Glass and Metal, Inc. or its property.

The foregoing request also includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, but is not limited to, any notice,

14503992-1

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, facsimile, or otherwise filed or made with regard to the above-captioned matter, and all proceedings therein.

                                    Respectfully submitted,

                                    **RAWLE & HENDERSON LLP**

BY: _____
David J. Samlin, Esquire
Attorney for Creditor,
Gunton Corporation

Date: February 8, 2021

14503992-1