**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Timothy G. Strosser | : | Case No.: 18-18365 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover  
Sarah E. Barngrover (28840-64)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax 614-627-8181  
sebarngrover@manleydeas.com

/s/ Adam B. Hall  
Adam B. Hall (323867)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax: 614-627-8181  
abh@manleydeas.com

19-008674_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-18365** |
| **Timothy G. Strosser** | **Chapter 13** |
| | **Judge Patricia M. Mayer** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Timothy G. Strosser** | |
| **Studio 810** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Mitchell A. Sommers, Attorney for Timothy G. Strosser, Mitchell A. Sommers, Esquire P.C., 15 South State Street, STE 201, Brownstown, PA 17508, msommers@ptd.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 16, 2021:

Timothy G. Strosser and Studio 810, 144 Kings Gate Drive, Lititz, PA 17543

DATE: September 16, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028

19-008674_PS

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-008674_PS