| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-18365-PMM

TIMOTHY G. STROSSER  
144 KINGS GATE DRIVE  
LITITZ  PA    17543

Petition Filed Date: 12/21/2018  
341 Hearing Date: 03/19/2019  
Confirmation Date: 08/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $1,307.17 | | 05/11/2021 | $1,307.17 | | 06/11/2021 | $1,307.17 | |
| 07/13/2021 | $1,307.17 | | 08/11/2021 | $1,307.17 | | 09/14/2021 | $1,307.17 | |
| 10/12/2021 | $1,307.17 | | 11/12/2021 | $1,307.17 | | 12/13/2021 | $1,307.17 | |
| 01/11/2022 | $1,307.17 | | 02/11/2022 | $1,307.17 | | 03/11/2022 | $1,307.17 | |
| 04/11/2022 | $1,307.17 | | 05/11/2022 | $1,307.17 | | 06/13/2022 | $1,307.17 | |
| 07/12/2022 | $1,307.17 | | | | | | | |

**Total Receipts for the Period: $20,914.72   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $55,643.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | GUNTON CORPORATION<br>»» 004 | Unsecured Creditors | $11,575.90 | $11,358.36 | $217.54 |
| 7 | ROBERT E. WALTON PLUMBING & HEATING, INC<br>»» 007 | Unsecured Creditors | $6,320.29 | $6,201.51 | $118.78 |
| 5 | FREEDOM MORTGAGE CORP.<br>»» 005 | Mortgage Arrears | $3,696.85 | $3,696.85 | $0.00 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $9,561.13 | $9,381.45 | $179.68 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $18,451.95 | $18,105.19 | $346.76 |
| 2 | WELLS FARGO<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MITCHELL A SOMMERS ESQ<br>»» 008 | Attorney Fees | $2,050.85 | $2,050.85 | $0.00 |

**Chapter 13 Case No. 18-18365-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,643.78 | Current Monthly Payment: | $1,307.17 |
| Paid to Claims: | $50,794.21 | Arrearages: | ($585.66) |
| Paid to Trustee: | $4,849.56 | Total Plan Base: | $79,894.80 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.