IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Timothy G Strosser | Case No.:  18–18365 |
| | Chapter:  13 |
| | Judge:  Honorable Judge Patricia Meyer |

## MOTION TO VACATE

It appears that the debtor did file all certifications how many including this for personal financial management and the domestic support obligation certificate:

Accordingly, it is hereby ordered the order of September 28, 2022, is hereby vacated

ADDRESS:
    Mitchell A Sommers ESQ. P.C.
    P.O. Box 836
    Brownstown, PA 17508

Date: January 18, 2023

*Mitchell A Sommers Esq.*
Mitchell A. Sommers Esq. P.C.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Timothy G Strosser | Case No.:  18–18365 |
| | Chapter:  13 |
| | Judge:  Honorable Judge Patricia Meyer |

## MOTION TO VACATE

It appears that the debtor did file all certifications how many including this for personal financial management and the domestic support obligation certificate:

Accordingly, it is hereby ordered the order of September 28, 2022, is hereby vacated

ADDRESS:
Mitchell A Sommers ESQ. P.C.
P.O. Box 836
Brownstown, PA 17508

Date: January 18, 2023

*Mitchell A Sommers Esq.*
Mitchell A. Sommers Esq. P.C.