IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **Timothy G. Strosser,** | : | |
| Debtor. | : | Case No. 18-18365 (PMM) |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Vacate the Order dated September 28, 2022 (doc. #86, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on March 2, 2023;

AND counsel having failed to appear at the hearing;

AND for the reasons stated on the record at the hearing it is hereby **ordered** that the Motion is **denied**.

Dated: 3/2/23

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge