United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 18-18365-pmm

Timothy G. Strosser                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 206 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy G. Strosser, 144 Kings Gate Drive, Lititz, PA 17543-8312 |
| 14249153 | + | B&G Glass, 2668 Leiscs Bridge Road, Leesport, PA 19533-9334 |
| 14249159 | + | Criwswell Electric, 756 Oxford Road, Lancaster, PA 17601-1255 |
| 14439077 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646578 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14249160 | + | Garage Experts, 41 Brookfield Drive, Elizabethtown, PA 17022-8512 |
| 14249161 | + | Gunton Corporation, 108 Brooke Road, Pottstown, PA 19464-3456 |
| 14308992 | | Guton Corporation, David J. Samlin, Esq, Rawle & Henderson LLP, The Widener Bldg, 1 S Penn Sq, 16th Fl, Philadelphia PA 19107 |
| 14312354 | + | J.G. WENTWORTH HOME LENDING, INC., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14283947 | + | J.G. Wentworth Home Lending, LLC, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14249162 | + | JG Wentworth, PO Box 77404, Ewing, NJ 08628-6404 |
| 14283271 | + | JPMorgan Chase Bank, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14249163 | + | Judith Strosser, 6380 Jeanette Drive, East Petersburg, PA 17520-1122 |
| 14249165 | #+ | Kiser Plumbing, 311 Millcreek Road, Bird in Hand, PA 17505-9795 |
| 14260299 | + | Kurt Klausmair, 3543 Marietta Avenue, Lancaster, PA 17601-1160 |
| 14249167 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14249166 | + | Pella Gunton Corp, 108 Brook Road, Pottstown, PA 19464-3456 |
| 14249168 | + | RE Walton Plumbing, 120 Charleston Drive, Willow Street, PA 17584-9005 |
| 14314811 | + | Robert E. Walton Plumbing & Heating, Inc., 120 Charleston Drive, Willow Street, PA 17584-9005 |
| 14249169 | + | Wells Fargo, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 02 2023 23:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 02 2023 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14260298 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 02 2023 23:59:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14249154 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 02 2023 23:59:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 14249157 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 23:59:00 | Chrysler Capital, POBox 660335, Dallas, TX 75266-0335 |

District/off: 0313-4 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Mar 02, 2023 | Form ID: 206 | Total Noticed: 34

| | | | |
|---|---|---|---|
| 14249158 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 03 2023 00:05:20 | Citi Bank, PO Box 6062, Sioux Falls, SD 57117 |
| 14312827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 03 2023 00:05:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14442245 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Mar 02 2023 23:59:00 | FREEDOM MORTGAGE CORP., 907 PLEASANT VALLEY AVE, MOUNT LAUREL, NJ 08054-1210 |
| 14559014 | ^ | MEBN | |
| | | Mar 02 2023 23:55:08 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646579 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Mar 02 2023 23:59:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14300712 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Mar 03 2023 00:05:29 | JPMorgan Chase Bank, N.A., P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505 |
| 14273283 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Mar 03 2023 00:05:06 | Chase Auto Finance, PO Box 78101, Phoenix AZ 85062-8101 |
| 14249164 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | |
| | | Mar 02 2023 23:59:00 | Key Bank, PO Box 94525, Cleveland, OH 44101-4525 |
| 14282681 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Mar 03 2023 00:05:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14249155 | | Bank of America |
| 14249156 | | Chase |
| 14439685 | * | Freedom Mortgage Corp., c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14272778 | ##+ | Sherwin Williams, 910 Sheraton Drive, STE 400, Mars, PA 16046-9440 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTINE C. SHUBERT
on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com

DAVID J. SAMLIN
on behalf of Creditor Gunton Corporation dsamlin@rawle.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor J.G. Wentworth Home Lending  LLC jblank@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

MITCHELL A. SOMMERS
on behalf of Debtor Timothy G. Strosser msommers@ptd.net  kjober@ptd.net

MITCHELL A. SOMMERS
on behalf of U.S. Trustee United States Trustee msommers@ptd.net  kjober@ptd.net

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor J.G. Wentworth Home Lending  LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Timothy G. Strosser                                              Case No: 18−18365−pmm

      Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑   Debtor has not certified that all domestic support obligations due have been paid.

Dated: 3/2/23

For The Court

Timothy B. McGrath
Clerk of Court