United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-18365-pmm

Timothy G. Strosser                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy G. Strosser, 144 Kings Gate Drive, Lititz, PA 17543-8312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVID J. SAMLIN | on behalf of Creditor Gunton Corporation dsamlin@rawle.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |

District/off: 0313-4                     User: admin                                    Page 2 of 2
Date Rcvd: Mar 02, 2023                  Form ID: pdf900                              Total Noticed: 1

JEROME B. BLANK
                    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com

JEROME B. BLANK
                    on behalf of Creditor J.G. Wentworth Home Lending  LLC jblank@pincuslaw.com

MARIO J. HANYON
                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

MITCHELL A. SOMMERS
                    on behalf of Debtor Timothy G. Strosser msommers@ptd.net  kjober@ptd.net

MITCHELL A. SOMMERS
                    on behalf of U.S. Trustee United States Trustee msommers@ptd.net  kjober@ptd.net

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
                    on behalf of Creditor J.G. Wentworth Home Lending  LLC tomysong0@gmail.com

THOMAS SONG
                    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Timothy G. Strosser,** | : | |
| **Debtor.** | : | **Case No. 18-18365 (PMM)** |

_____

### <u>ORDER</u>

    **AND NOW**, upon consideration of the Debtor's Motion to Vacate the Order dated September 28, 2022 (doc. #86, the "Motion");

    AND a hearing with regard to the Motion having been held and concluded on March 2, 2023;

    AND counsel having failed to appear at the hearing;

    AND for the reasons stated on the record at the hearing it is hereby **ordered** that the Motion is **denied**.

Dated: 3/2/23

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge