UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TIMOTHY G. STROSSER | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-18365-PMM |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Gliem, hereby certify that I have on this 16th day of March, 2023, served a copy of the Trustee's Motion to Vacate Dismissal and Reopen Case to Allow Debtor to Obtain Discharge by depositing a copy of the document in the regular United States Mail postage prepaid to the interested parties listed below:

Timothy G. Strosser
144 Kings Gate Drive
Lititz, PA 17543

B&G Glass
2668 Leisczs Bridge Road
Leesport, PA 19533

Bank of America
P.O. Box 15796
Wilmington, DE 19886

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Citi Bank
PO Box 6062
Sioux Falls, SD 57117

Criwswell Electric
756 Oxford Road
Lancaster, PA 17601

Garage Experts
41 Brookfield Drive
Elizabethtown, PA 17022

Gunton Corporation
108 Brooke Road
Pottstown, PA 19464

JG Wentworth
PO Box 77404
Ewing, NJ 08628

Judith Strosser
6380 Jeanette Drive
East Petersburg, PA 17520

Key Bank
PO Box 94525
Cleveland, OH 44101

Kiser Plumbing
311 Millcreek Road
Bird in Hand, PA 17505

Pella Gunton Corp
108 Brook Road
Pottstown, PA 19464

PNC Bank
PO Box 747032
Pittsburgh, PA 15274-7032

RE Walton Plumbing
120 Charleston Drive
Willow Street, PA 17584

Wells Fargo
PO Box 71118
Charlotte, NC 28272

**Electronically via ECF/System ONLY:**

Mitchell Sommers, Esquire
Attorney for Debtor

Office of the United States Trustee

/s/Kristen Gliem
Kristen Gliem
Paralegal for
Rolando Ramos, Esq.