UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TIMOTHY G. STROSSER | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-18365-PMM |
| | : | |

## PRAECIPE

Please withdraw the Trustee's Motion to Vacate Dismissal and Reopen Case filed on or about March 16, 2023 at docket entry number 95 in the above referenced case.

Respectfully submitted,

Date: March 20, 2023                /s/Rolando Ramos
                                    Rolando Ramos, Esq.
                                    Attorney for
                                    Scott F. Waterman, Esq.
                                    Standing Chapter 13 Trustee