**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TIMOTHY G. STROSSER | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-18365-PMM |

**ORDER**

**AND NOW**, upon consideration of the Trustee's Motion to Reopen Chapter 13 Case, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that this case shall be **REOPENED** to allow the Court to prepare the necessary documents to grant the Debtor a Chapter 13 Discharge in this case.

Dated: **April 20, 2023**

**BY THE COURT:**

*Patricia M. Mayer*

**HON. PATRICIA M. MAYER,**
**BANKRUPTCY JUDGE**