United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy G. Strosser  
    Debtor

Case No. 18-18365-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 12, 2023      Form ID: 3180W      Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy G. Strosser, 144 Kings Gate Drive, Lititz, PA 17543-8312 |
| 14308992 | | Guton Corporation, David J. Samlin, Esq, Rawle & Henderson LLP, The Widener Bldg, 1 S Penn Sq, 16th Fl, Philadelphia PA 19107 |
| 14314811 | + | Robert E. Walton Plumbing & Heating, Inc., 120 Charleston Drive, Willow Street, PA 17584-9005 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 12 2023 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2023 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14312827 | + | EDI: CITICORP.COM | May 13 2023 03:56:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14442245 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 12 2023 23:57:00 | FREEDOM MORTGAGE CORP., 907 PLEASANT VALLEY AVE, MOUNT LAUREL, NJ 08054-1210 |
| 14300712 | | EDI: JPMORGANCHASE | May 13 2023 03:56:00 | JPMorgan Chase Bank, N.A., P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505 |
| 14249164 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 12 2023 23:58:00 | Key Bank, PO Box 94525, Cleveland, OH 44101-4525 |
| 14282681 | | EDI: WFFC2 | May 13 2023 03:56:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2023 | Form ID: 3180W | Total Noticed: 10 |

Date: May 14, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

**Name**  **Email Address**

ADAM BRADLEY HALL
　　on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

ANDREW L. SPIVACK
　　on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTINE C. SHUBERT
　　on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com

DAVID J. SAMLIN
　　on behalf of Creditor Gunton Corporation dsamlin@rawle.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
　　on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com

JEROME B. BLANK
　　on behalf of Creditor J.G. Wentworth Home Lending  LLC jblank@pincuslaw.com

MARIO J. HANYON
　　on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
　　on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

MITCHELL A. SOMMERS
　　on behalf of Debtor Timothy G. Strosser msommers@ptd.net  kjober@ptd.net

MITCHELL A. SOMMERS
　　on behalf of U.S. Trustee United States Trustee msommers@ptd.net  kjober@ptd.net

ROLANDO RAMOS-CARDONA
　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

Scott F Waterman
　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
　　on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

THOMAS SONG
　　on behalf of Creditor J.G. Wentworth Home Lending  LLC tomysong0@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Timothy G. Strosser<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7225<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–18365–pmm | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy G. Strosser

<u>5/12/23</u>　　　　　　　　　　　　　　　　　　**By the court:** <u>Patricia M. Mayer</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W　　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　　page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**